IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM )
)
v. ) NO: 3:14-0769
)
ALLIANCE SECURITY, INC., et al. )

**O R D E R**

Presently pending before the Court is the motion to dismiss (Docket Entry No. 24) filed by the Defendant Alliance Security, Inc.

The Plaintiff shall have until June 30, 2014, to respond to the motion to dismiss. The Plaintiff is advised that failure to timely file a response may result in a Recommendation to the District Judge that this action be dismissed.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge