US District Court

)  Craig Cunningham
)  Plaintiff, pro se
)
)             v.
)                                     CIVIL ACTION NO. 3:14-CV-00769
)
)  Alliance Security et al
)  Defendants.

### Plaintiff's Request for a Subpoena

1. To the clerk:

2. Based on the attached information from Peerless Networks, it appears that a carrier customer of Peerless Networks has the records of the phone calls and as such, the Plaintiff requests the clerk issue a subpoena to Manchester Services, Inc. 2977 Highway K Box 267, O'Fallon, MO 63368.

Craig Cunningham

Plaintiff, Pro-se

5543 Edmondson Pike, ste 248

Nashville, TN 37211

June 11, 2014

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Cunningham <br> *Plaintiff* <br> v. <br> Alliance Security <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3: 14-cv-00769 <br> ) <br> ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: ~~March~~ Manchester Services, Inc. 2977 Highway K Box 267, O'Fallon, MO 63368

*(Name of person to whom this subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All subscriber information, records of phone calls to 828-291-7465 and 615-348-1977 from the phone numbers on the attached document from Jan 1, 2012 to the present. Records of phone calls from any subscriber to 828-291-7465 and 615-348-1977 from Jan 1, 2012 to the present

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____  _____
*Signature of Clerk or Deputy Clerk*   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## RE: Subpoena

| | |
|---|---|
| From | **investigation** <investigationsupport@peerlessnetwork.com> |
| To | **projectpalehorse** <projectpalehorse@hushmail.com> |
| Sent | Tuesday, June 10, 2014 at 12:03 PM |
| Encrypted | No |
| Signed | No |

Mr. Cunningham:

In response to your inquiry, all phone numbers subject to the subpoena (except one) are assigned by Peerless Network to one of its carrier customers.

Any subscriber information would in their custody. I have included our customer's contact information below:

Manchester Services, Inc.

2977 Highway K Box 267

O'Fallon, MO 63368

Phone: (417) 800-2370

Email: LegalReg@ManchesterServices.Biz

The exception is telephone number 214-452-1496, which is not assigned to Peerless Network or any Peerless subscriber.

If you have any questions or need additional information concerning this inquiry, please contact 312-506-0933.

Thanks-

Patrick Phipps

Director, Regulatory Affairs

Phone: (312) 506-0933

Email: pphipps@peerlessnetwork.com



**From:** projectpalehorse@hushmail.com [mailto:projectpalehorse@hushmail.com]
**Sent:** Monday, June 02, 2014 8:10 PM
**To:** investigation
**Subject:** Subpoena

Greetings,
I have a subpoena for call records and other information in your possession. Please see the attached form. If you have any questions, please let me know. 615-348-1977 or just reply back. If there is any way

Sent using Hushmail



5542 Edmondson Pike
Ste 248
Nashville, TN 37211

NASHVILLE TN 370
12 JUN 2014 PM 4 L

ATTN: clerk
US District Court
801 Broadway
Nashville, TN 37211

RECEIVED
IN CLERK'S OFFICE
JUN 13 2014
U.S. DISTRICT COURT
MID. DIST. TENN.