IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM ) | |
| ) | Civil Case No. 3:14-0769 |
| v. ) | Chief Judge Kevin H. Sharp |
| ) | |
| ALLIANCE SECURITY, et al. ) | |

**O R D E R**

Pursuant to the Transfer Order of the Judicial Panel on Multidistrict Litigation, MDL No. 2493, this case is hereby transferred to the United States District Court for the Northern District of West Virginia for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Northern District of West Virginia.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
CHIEF JUDGE
UNITED STATES DISTRICT COURT