| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Rehman Ansen_ C. Date of Delivery |
| 1. Article Addressed to:<br><br>Craig Cunningham<br>5543 Edmondson Pike<br>Suite 248<br>Nashville, TN 37211<br>3:14-cv-769 DE 54 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7013 1710 0002 3122 9676 |

PS Form 3811, July 2013      Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
800 U.S COURTHOUSE
NASHVILLE, TENNESSEE 37203

RECEIVED
IN CLERK'S OFFICE
OCT 15 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

3:14-769 Closed
DE 54